**Aleksan MKRTCHYAN, Petitioner— Appellant,**

v.

**Terry E. WAY, Uscis Nebraska District Director; Robert J. Okin, Seattle Uscis District Director; Tom Ridge, Secretary of the U.S. Department of Homeland Security; Alberto R. Gonzales, Attorney General, Respondents—Appellees.**

No. 04–35646.

United States Court of Appeals, Ninth Circuit.

March 23, 2006.

Elena E. Tsiprin, Esq., Law Offices of Elena E. Tsiprin, Bellevue, WA, for Petitioner-Appellant.

Brian C. Kipnis, Esq., Kristin Johnson, Esq., Office of the U.S. Attorney, Seattle, WA, Bryan S. Beier, Esq., Washington, DC, for Respondents-Appellees. D.C. No. CV–04–00323–TSZ.

Before: PREGERSON, GRABER, and GOULD, Circuit Judges.

ORDER

The panel has voted unanimously to grant the petition for panel rehearing. The Memorandum Disposition filed on November 8, 2005, is hereby withdrawn. Within twenty-one (21) days of the date of this order, Mkrtchyan's counsel shall file a brief addressing Mkrtchyan's challenges to the BIA's October 3, 2003, dismissal of his appeal. The Government shall file a brief in response no later than twenty-one (21) days after service of Mkrtchyan's. Mkrtchyan may file a brief in reply no later than fourteen (14) days after service of the Government's brief. Mkrtchyan's initial brief and the Government's responding brief shall not exceed thirty-five (35) pages. Mkrtchyan's reply, if any, shall not exceed twenty (20) pages.